February 13, 1968

## Armstrong et al., Appellants, *v.* Stanley Company of America, Inc.

Argued December 13, 1967.

*Paul M. Goldstein,* with him *Jay Meyers* and *Harry J. Dranoff,* for appellants; *Richard J. Van Roden,* with him *Pepper, Hamilton & Scheetz,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Barton & Karen Corporation Liquor License Case.

Argued December 14, 1967. *Lawrence L. Flick,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Leonard Sagot,* with him *John J. Poserina, Jr.,* for appellee.

Orders affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.